**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

K C, TARA PRASAD,

      Petitioner,

v.                                 No. 2:26-cv-01507-MLG-GJF

MARY DE ANDA-YBARRA, Field Office
Director of Enforcement and Removal Operations,
ERO El Paso Field Office, Immigration and Customs
Enforcement; et al.,

      Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING
PETITIONER'S IMMEDIATE RELEASE**

This matter is before the Court on Petitioner Tara Prasad K C's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"). Doc. 1. The Court, having considered the Petition, having held a hearing on August 7, 2026,[1] and being otherwise fully informed, finds that it is well-taken and should be granted.

For the reasons stated on the record during the August 7, 2026, hearing, and incorporating the holding and reasoning provided in *Alcide v. de Anda-Ybarra*, No. 1:26-cv-00249-KWR-GBW, 2026 WL 622663 (D.N.M. Mar. 5, 2026), the Court grants the Petition and orders immediate release.[2]

---

[1] The Court granted the Government's Motion to File a Sur-Reply, Doc. 8, during the hearing because it appropriately amended the Government's initial response, Doc. 5, to reflect the Tenth Circuit's binding decision in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026).

[2] In habeas corpus proceedings, "a federal court 'possesses power to grant any form of relief necessary to satisfy the requirement of justice.'" *Burton v. Johnson*, 975 F.2d 690, 693 (10th Cir. 1992) (emphasis omitted) (quoting *Levy v. Dillon*, 415 F.2d 1263, 1265 (10th Cir. 1969)). Immediate release is the appropriate remedy in this case. *See Munaf v. Geren*, 553 U.S. 674, 693 (2008) ("The typical remedy for [unlawful executive] detention is, of course, release.").

K C shall be released within twenty-four hours of the entry of this Order. He shall be released with all identification documentation that he possessed on his person when detained by Respondents in October 2025 along with a copy of this Order.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA